**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-2171**

———————

CHARLES CRANNELL,

                        Plaintiff - Appellant,

     versus

MCI TELECOMMUNICATIONS CORPORATION,

                        Defendant - Appellee,

     and

PRESIDENT OF M.C.I. TELECOMMUNICATIONS; KAREN
CURIA, M.C.I. Security,

                        Defendants.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CA-95-680-WMN)

———————

Submitted:  October 30, 1998     Decided:  December 15, 1998

———————

Before WIDENER and NIEMEYER, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Charles Crannell, Appellant Pro Se. Margaret Susan Dailey, MORGAN, LEWIS & BOCKIUS, Washington, D.C.; Robert J. Mathias, John Caleb Dougherty, PIPER & MARBURY, Baltimore, Maryland; J. Hardin Marion, Mary Fran Ebersole, TYDINGS & ROSENBERG, Baltimore, Maryland; Hillary B. Burchuk, MCI COMMUNICATIONS CORPORATION, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment in favor of Defendant-Appellee in his civil action alleging breach of contract and negligence claims. We conclude the district court properly found Appellant failed to produce evidence showing his arrest and murder conviction were proximately caused by alleged erroneous billing records. Accordingly, we affirm on the reasoning of the district court. Crannell v. MCI, No. CA-95-680-WMN (D. Md. July 21, 1998). We deny Appellant's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED